

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

~~SEP 2 5 2024~~

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

TAMMY H. DOWNS, CLERK
By: _R. Moore_
DEP CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAREN TURNER, JR. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:18-cr-00423-JM-1<br>USM No.32131-009<br>Sylvester Smith, III<br>Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) **Mandatory, Standard, Special**   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of another federal, state, or local crime | 07/12/2024 |
| 2 - Mandatory (3) | Unlawfully using a controlled substance | 06/03/2024 |
| 3 - Standard (1) | Failure to report to probation his release from imprisonment | 01/03/2023 |
| 4 - Special (14) | Failure to participate in substance abuse treatment, as directed | 06/07/2024 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **8340**

Defendant's Year of Birth:      **1999**

City and State of Defendant's Residence:
**West Memphis, Arkansas**

09/25/2024
Date of Imposition of Judgment

Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

9/25/24
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2— Imprisonment
_____

DEFENDANT: DAREN TURNER, JR.                          Judgment — Page   2   of   2
CASE NUMBER: 4:18-cr-00423-JM-1

# IMPRISONMENT

     The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**24 MONTHS with no supervised release to follow**

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on  _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
       DEPUTY UNITED STATES MARSHAL